IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC RECEIVABLES, LLC, | No. 2:23-CV-1081-KJM-DMC |
| Plaintiff, | |
| v. | ORDER |
| T-3 GREEN HOUSE SUPPLY, LLC, et al., | |
| Defendants. | |

Plaintiff, which is proceeding with retained, brings this civil action. Due to a conflict in the Court's calendar, the scheduling conference set for September 20, 2023, at 10:00 a.m., is <u>advanced</u> to September 19, 2023, at 1:30 p.m., before the undersigned in Redding, California. The parties shall file a joint scheduling conference report consistent with the Court's June 7, 2023, order at ECF No. 3 on or before September 12, 2023.

IT IS SO ORDERED.

Dated: August 16, 2023

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1