David Clark  SBN:300247
1330 West Street, Suite B
Redding CA 96001
530-623-6447
dsp@snowcrest.net
Attorney For Pacific Receivables LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC RECEIVABLES, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>T-3 GREENHOUSE SUPPLY LLC, THOMAS E RAWLINS, MATHEW HAWK, MATTHEW HAWK<br><br><br><br>Defendants | Case No.: 2:23-cv-01081-KJM-DMC<br><br><br>Stipulation and Order |

The parties stipulate and agree as follows:

1) Plaintiff is to file a Second Amended Complaint no later than August 15, 2023.
2)

Dated  8/11 , 2023            _____
                              Aaron Moore, Attorney for T-3 Greenhouse
                              Supply LLC., Thomas E Rawlings, Matthew Hawk

Dated  8/11 , 2023            _____
                              David Clark, Attorney for Pacific Receivables LLC.

GOOD CAUSE APEARING it is so Ordered.  Plaintiff is directed to file its Second Amended Complaint within seven (7) days of the filing date of this order.

Dated  August 16, , 2023      _____
                              CHIEF UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER - 1