IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC RECEIVABLES, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>T-3 GREEN HOUSE SUPPLY, LLC, et al.,<br><br>    Defendants. | No.  2:23-CV-1081-KJM-DMC<br><br><br><br>ORDER |

Plaintiff, which is proceeding with retained, brings this civil action.  Pending before the Court is the stipulated protective order, which has been signed by counsel for all parties, submitted on November 3, 2023.  See ECF No. 35.  Good cause appearing therefor, the parties' stipulated protective order is approved.

IT IS SO ORDERED.

Dated:  November 29, 2023

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1