IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC RECEIVABLES, LLC, | No. 2:23-CV-1081-KJM-DMC |
| Plaintiff, | |
| v. | ORDER |
| T-3 GREEN HOUSE SUPPLY, LLC, et al., | |
| Defendants. | |

Plaintiff, which is proceeding with retained, brings this civil action. A settlement conference is scheduled for May 24, 2024, at 9:00 a.m., in Redding, California, before the undersigned. On or before May 17, 2024, the parties must execute and <u>file</u> the attached Waiver of Disqualification to allow the undersigned to conduct the settlement conference. If waivers are not filed by all parties participating in the settlement conference by this date, the hearing will be vacated and, on the parties' joint request, the matter will be referred to another Magistrate Judge for purposes of conducting a settlement conference.

/ / /

/ / /

/ / /

/ / /

Should the parties waive disqualification, the parties are directed to each submit a confidential settlement conference statement <u>directly to chambers</u> by May 17, 2024. These statements <u>shall not be filed</u>. Unless otherwise notified by the undersigned, counsel shall be accompanied, either in person or by way of telephone stand-by, by an individual able to dispose of the case or be fully authorized to settle the matter on any terms. <u>See</u> Local Rule 270(f)(1).

IT IS SO ORDERED.

Dated: May 7, 2024

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC RECEIVABLES, LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>T-3 GREEN HOUSE SUPPLY, LLC, et al.,<br><br>　　　　　Defendants. | No.  2:23-CV-1081-KJM-DMC |

WAIVER OF DISQUALIFICATION

　　　　Pursuant to Eastern District of California Local Rule 270(b), the parties to the herein action affirmatively request that the assigned Magistrate Judge participate in the settlement conference and further, the parties waive any claim of disqualification to Judge Cota thereafter hearing and determining matters in this case in accordance with 28 U.S.C. § 636(b)(1) and Eastern District of California Local Rule 302.


DATED: _____　　　　　_____
　　　　　　　　　　　　　　　　By:  For Plaintiff(s)


DATED: _____　　　　　_____
　　　　　　　　　　　　　　　　By:  For defendant(s)